# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 2 8 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Micheal Custer
_____
Plaintiff )
)
)
)
vs. )
) Case No. 22-1460
Kevin Lynn ) (The case number will be assigned by the clerk)
Jodi Hoos )
AA Shelby )
Atch Tower )
Atty Glancy )
Shawn Dahuk )
_____ )
_____ )
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county, or municipal defendants)

☐ Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: all on my complaint list typed 5th Amendment

☐ Unknown _____

All Violation of type paper

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: ~~Kevin~~ John Michael Custer

Prison Identification Number: 22055K

Current address: 301 N. Maxwell Rd Peo Ill 61603

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Jodi Hoos

Current Job Title: State Attorney Peoria

Current Work Address: _____

Defendant #2:

Full Name: D.A. Shelly     PA "unkown Mental Health Court"

Current Job Title: States Attorney

Current Work Address: 301 N. Maxwell Rd Peoria

Defendant #3:

Full Name: Hugh toner

## *VIOLATIONS*

1) MALICIOUS PROSECUTION
2) VIOLATION OF DUE PROCESS (5th & 14th AMEND.)
3) VIOLATION OF EQUAL PROTECTION OF THE LAWS
4) STATUTORY VIOLATION
5) U.S. CONSTITUTIONAL VIOLATION
6) ILLINOIS CONSTUTIONAL VIOLATION
7) ABUSE OF PROCESS
8) CHAIN CONSPIRACY
9) SEDITIOUS CONSPIRACY; 18 U.S.C.S. 2384
10) CRIMINAL NEGLIGENCE
11) GROSS NEGLIGENCE
12) LEGAL INNOCENT
13) MALICIOUS INJURY
14) PERSONAL INJURY
15) REGULAR INJURY
16) WILLFUL INJURY
17) NEGLIGENCE PER SE
18) DENIAL (STATEMENT & DEROGATORY COMMENT) 2(a)
19) PROCEDURAL RIGHT
20) SUBSTANTIAL RIGHT
21) ARGUMENTATIVE DENIAL
22) GENERAL DENIAL
23) RULE OF LAW
24) RULE OF COURT
25) RULE OF RIGHT
26) RULE OF NECESSITY
27) MISCONDUCT
28) ACTUAL MALICE: (2)(a)(b); MALICE IN FACT
29) IMPLIED MALICE; MALICE IN LAW
30) BREACH OF DUTY
31) CONTRACT CLAUSE (JUDGE VIOLATED U.S. CONST.)
32) BREACH OF WARRANTY

2

(CONT) *VIOLATIONS*

33) EFFICIENT BREACH
34) TOTAL BREACH
35) SUBSTANSTIAL FACTOR
36) BUT-FOR TEST
37) PERFORMANCE;(2)(b)
38) SUBSTANTIAL PERFORMANCE
39) PERJURY
40) SUBSTANTIVE
41) SUBSTANTIVE LAW
42) SUBSTANTIVE RIGHT
43) SUBSTANTIVE UNCONSCIONABILITY
44) PROCEDURAL DEFAULT
45) RETALIATORY DISCHARGE
46) ABUSE OF DISCRETION
47) MALICE EXCEPTION
48) LEGAL PREJUDICE
49) PREMEDITATED
50) PREJUDICE
51) PREEXISTING-DUTY RULE
52) LEX LOCI DELICTI
53) PERSONAL LIABILITY
54) CONSTITUTIONAL MALPRACTICE

*REMEDIES FOR RELIEF*

1) TO PUT A SANTION (FREEZE) ON THE DEFENDANT'S ASSETS.
2) TO GRANT THE ASKING OF $10,000,000.00.
3) TO BAR DEFENDANT FROM PRACTICING LAW.
4) AND TO OVERTURN PLAINTIFF'S CONVICTION BY "DIRECT VERDICT".

Current Job Title: Public Def

Current Work Address: Peoria Co

**Defendant #4:**

Full Name: Atty at law Glancey

Current Job Title: Pulic Def

Current Work Address: _____

**Defendant #5:**

Full Name: Shawn Donohue

Current Job Title: Sugdu metal Hedh

Current Work Address: 301 N. Maxwell Rd

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☐

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☐

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number  Custer vs hart  Custer vs hoffman
2. Basic claim made  Torcher abuse neglect
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Have cemera & documented Proof pending

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

ya Right peoria co does what they want

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Peo Co Courthouse___

Date(s) of the occurrence ___April 2021 — Dec on 2021 going___

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I April 2021 I was Set up & charged with an Agg battery I am innocent of I'm told Ats Roberts Peo/s cir ct clerk but thats hersay I bonded out and Kevin Lyon the states attorny for 25 year was now a judge presiding over my case for over 1 year I said I court I wanted trial, tracked DNA finger print I was told no money but the took 2800.00 of mine illegal I was put on ankle moniter & Every constitutional right of mine was violated I Read the law tablet & I listed Ever violation I finally called the Judge out & state attorney I said nothing but the true & was give over 200 plus Days content hugh wold do nothing but try convince me to take mental heath cut I was hauled In Because Kevin violated my bond for a 3rd party made up domestic battery Jodi Hoes put on then Overport of my Bond was Raised

I asked for DNA to prove motion positive I could get not other. 2 day ~~Keenton~~ had me back in court. ~~have~~ Hufford coerce me to take mental ~~health court~~ "I was innocent" but I agree cuz I could not get a fair trial I could even see my disc Review. When In open court said I stay today that why I was In his court I beat my ~~native~~ ~~cuz~~ I harassed my neighbor "Due to ~~b~~ they had they stole my dog" or ~~Judge~~ said He would not kick me out my home yet Lyon did which cause me to be "homeless" I turned to drugs to cope I went back week after week to mental Health court they would never plea me I Glanzy would do not not ever show my discovery I freeze & blew upon ~~deaths~~ I took him I was sick of the collusion the Railroading I was harassed @ pre-trial ptS life for me was in shambles I tried rehab & cuz I could not go to Poctor rehab unity Point I was deem to necessity ~~f/I~~ I was a rocket Human care center Is mental health court I they led I had bed in rehab

they Put you In Peorier Co Jail to be beat torcher neglected & abuse I Been in IDOC Goodle John M. Custer you will see 10 plus legitomen complaint ma facuer Refueu to do anyting hugh pouer I implorable Note mention Keiwen you about neglect & pure disregart For the law or a person right In his Eye I guilty & he aint head a lick evedence present which bring me to beleve Robert spear-curew clerts is related to my friend you is to see throw his teeth Please reed transcrpts

Every legal Right & violation they have done Ray Charles can see Judge note & take my cell personal Allow state to Ms shelby to do as she please Jodi HOOS hey put bogus charge Dope they treat mentely Disable people with Ney Malice I not spert at all but I now Every violation I typed out on my violation list has happen I have Inclose all my letter to Jodge Hugh toner I Ever wrote Jodi It 3 friend & a Strange & the Strange Is mentally Diable & Be RRodded to know ENy then when they know you going to fist

PS

Dec 23rd

I was just called up front of jail to see hush toner I was to why Supposed Vic is comming Wed 29th the make a vidio at his ofice Is finally over

and now I had enough of the forceing colusion eversion ~~F.T.C~~ I was homeless became addicted to meth I had to get ~~off~~ streets so I burned ~~an~~ bus. Mat All I was arrest for ~~see~~ Arson Attempt I cant make ~~this up~~ I was give 100,000 bond later I was take In Found of Kevin Lyon he gave me a ~~200,000.00~~ Bond for a class Four Sent me to Peoria Jail I since have be Beat torcher about I Fedral metally Disable I am mild Retard but at time I have seveat soujte I am a pre-trial Fically getting my kruked see custer us Illinos but Run down the River If a Fedral Sudge Read my transcript see my peet see that this is the biggest human Right violation I sont Dichle I Recive SSI Now In Back to Jail in the nest heric coditin I have been stever put cell with no Water denied accet to my public def that say he will But does nothing my PD sure all say WE ~~&~~ US mean State PD

## RELIEF REQUESTED

(State what relief you want from the court.)

All Party string for
Pretrial lew
100,000 00

JURY DEMAND    Yes ☐    No ☐

Signed this _____ day of _____, 20____.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

8

Curict Clerk,

I wish this to be file this if she complete complant that I wish to be addmited

I file a motion to dismiss cuz I recieved nothing on this Incoplete compleit I believe the number 14/14 I I the case this is to say in & I wish to proceed



Peo Co Jail
301 N. Maxwell RJ
Peo Ill 61604

Federal Court
Court Clerk
100 NE Monroe
Peoria, Ill